FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 10, 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

Jacob Deutsch, and Rivka Deutsch

        Plaintiffs,

                                1:17-cv-03554-WFK-VMS

        v.

Northstar Location Service LLC

        Defendant,

-------------------------------------------------------------------x

## NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the entire pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated: Brooklyn, New York
        December 28, 2017

Respectfully submitted,

LAW OFFICES OF DAVID PALACE

By: /s/ David Palace
383 Kingston Ave, #113
Brooklyn, NY 11213
Tel: (347) 651-1077
Fax: (347) 464-0012

Attorneys for Plaintiff

The application is _granted_ / _denied._
SO ORDERED

/s/ USDJ WILLIAM F. KUNTZ, II
William F. Kuntz, II, U.S.D.J.
Dated: May 9, 2018
        Brooklyn, New York